LAWRENCE J. DEVINE, Respondent, v. CITY OF NEW YORK, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Kupferman and McNally, JJ.

MAX BLECHER, JR., et al., Respondents, v. STEVEN ELIAS et al., Appellants.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.

In the Matter of ALLSTATE INSURANCE COMPANY et al., Respondents, v. RICHARD E. STEWART, as Superintendent of Insurance of the State of New York, Appellant, and EMPIRE MUTUAL INSURANCE COMPANY et al., Respondents.

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.